**Estill PRUITT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

G. D. Milliken, Jr., Milliken & Milliken, Bowling Green, for appellant.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

**Elvin E. HARGIS et al., Petitioners,**

v.

**Robert M. COLEMAN, Judge, Warren Circuit Court, Respondent.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

James David Bryant, Allender & Robertson, Bowling Green, for appellants.

G. D. Milliken, Jr., Milliken & Milliken, Bowling Green, for appellee.

Memorandum Opinion PER CURIAM, —Denying mandamus.*

**Elmer Ray "Buddy" OVERTON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

William A. Watson, Watson & Watson, Middlesboro, for appellant.

Ed W. Hancock, Atty. Gen., Michael J. Harrison, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Earl PROFITT, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.